1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JOHN PAUL JONES MURPHY,              No.  2:13-cv-0710 GEB AC

12              Petitioner,

13        v.                              ORDER GRANTING REQUEST TO SEAL A
                                          DOCUMENT
14   M.McDONALD, Warden, et al.,

15              Respondents.

16

17        For good cause shown, Respondent's Request to Seal a Document is GRANTED.  The

18   April 8, 2011 confidential memorandum is hereby sealed and is not to be disclosed to Petitioner

19   John Murphy or made part of the public docket in this proceeding.  Only the Court or authorized

20   court personal may view the memorandum.  To the extent that petitioner's claim(s) for relief

21   include an asserted constitutional right of access to this document, the Court expresses no view on

22   the merits of that claim.  Should the court in due course reach the merits of the petition, the

23   undersigned will consider the issue de novo.

24   DATED: February 24, 2014

25

26                                          ALLISON CLAIRE
                                            UNITED STATES MAGISTRATE JUDGE
27

28

                                            1