UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PAUL MURPHY, | No. 2:13-cv-00710 GEB AC P |
| Petitioner, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has filed two requests for status in which he expresses concern that he has missed notifications from the court due to the time that has elapsed since he filed his traverse and prior instances of "missing mail" within the prison. ECF Nos. 27, 28. Though the court will not make a habit of responding to requests for status, on this occasion it will grant petitioner's requests to the extent that petitioner is advised that his traverse has been received and his petition for writ of habeas corpus is still pending. The court will consider the petition in due course.

////

////

////

////

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's requests for status (ECF Nos. 27,
2  28) are granted to the extent they have been addressed above.
3  DATED: April 17, 2015

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE